UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| KENNETH JAMES HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C11-05569 JRC |
| v. | ) | |
| | ) | **ORDER GRANTING APPLICATION** |
| MICHAEL J. ASTRUE, Commissioner of the | ) | **TO PROCEED IN FORMA PAUPERIS** |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 28th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1